IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL IZELL SEALS,<br><br>    Plaintiff,<br><br>v.<br><br>SHERIFF RODNEY K. MITCHELL, et al.,<br><br>    Defendants. | No. C 05-1863 SBA (PR)<br><br>**ORDER DENYING MOTION TO WAIVE FILING FEE AND GRANTING MOTION FOR LEAVE TO FILE SUPPLEMENT TO THE COMPLAINT**<br><br>(Docket nos. 56, 57) |

    This is a civil rights case filed under 42 U.S.C. § 1983 filed pro se by a state prisoner. On September 6, 2006, Plaintiff filed a Notice of Appeal. In a mandate filed on November 17, 2006, the United States Court of Appeal for the Ninth Circuit dismissed Plaintiff's appeal for lack of jurisdiction. In an Order dated June 14, 2007, the Court denied as moot Plaintiff's motion for leave to proceed in forma pauperis on appeal. Plaintiff has since filed a motion to waive the $455.00 filing fee. Plaintiff's motion to waive the $455.00 filing fee (docket no. 56) is DENIED because Plaintiff was originally denied leave to proceed in forma pauperis in this action because he had many more than three cases previously dismissed as frivolous, malicious, or for failure to state a claim. See 28 U.S.C. § 1915(g). Plaintiff may seek leave to proceed in forma pauperis on appeal in the Ninth Circuit Court of Appeals. See Fed. R. App. P. 24(a).

    Also before the Court is Plaintiff's motion for leave to file a supplement to the complaint. Plaintiff's motion for leave to file a supplement to the complaint (docket no. 57) is GRANTED. The Clerk of the Court shall file the document attached to the motion and docket it as his "Supplement to Complaint." The Clerk shall mark it as filed on November 14, 2007, the date it was received.

    This Order terminates Docket nos. 56 and 57.

    IT IS SO ORDERED.

DATED: 1/16/08

                                                  _Saundra B Armstrong_
                                                  SAUNDRA BROWN ARMSTRONG
                                                  United States District Judge

P:\PRO-SE\SBA\CR.05\Seals1863.denyWAIVEfee&grantSUPP.frm

| | |
|---|---|
| 1 | |
| 2 | UNITED STATES DISTRICT COURT |
| 3 | FOR THE |
| 4 | NORTHERN DISTRICT OF CALIFORNIA |

| | | |
|---|---|---|
| SEALS, | | Case Number: CV05-01863 SBA |
| | Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | | |
| MITCHELL et al, | | |
| | Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 17, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Michael Izell Seals V77488
California State Prison - San Quentin
San Quentin, CA 94974

Dated: January 17, 2008

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk